**Opinion issued May 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00661-CV

———————————

**STYLED REAL ESTATE, LLC AND MICHELLE "SHELLY" SCANLIN,**
**Appellants**

**V.**

**SAVANNAH LACEY MANHOLD, SARAH CRUSE, AND LAUREN PRICE**
**LAROCHE, AND CHANCE BROWN REAL ESTATE, LLC, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-03329**

---

## MEMORANDUM OPINION

Appellants, Styled Real Estate LLC and Michelle Scanlin, filed a notice of appeal seeking to appeal an interlocutory order awarding attorney's fees and requiring satisfaction of the award prior to entry of final judgment. On April 13,

2025, the successor trial court judge granted reconsideration and vacated the August 9, 2024 order "in its entirety, subject to further order of this Court." *See* TEX. R. APP. P. 29.5 ("While an appeal from an interlocutory order is pending, the trial court retains jurisdiction of the case and unless prohibited by statute may make further orders, including one dissolving the order complained of on appeal."). Appellants subsequently filed a written notice advising our Court of the successor trial court judge's order and requesting that our Court "render any order or judgment that it determines is required or proper under the circumstances, both in this cause and in the related mandamus proceeding."

Accordingly, because the challenged order has been vacated, we dismiss the appeal as moot. *See Alorica and Alorica, Inc. v. Jasso*, No. 08-18-00158-CV, 2018 WL 6191488, at \*1 (Tex. App.—El Paso Nov. 28, 2018, no pet.) (mem. op.) (dismissing appeal from interlocutory order as moot where trial court vacated interlocutory order while appeal was pending). We further dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.